UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| AARICA BRITTANY,<br>            Plaintiff,<br>            v.<br>FRANK BISIGNANO,<br>Commissioner of Social Security<br>            Defendant | Case No. 2:25-cv-06641-SSC<br><br>**[PROPOSED]**<br>**JUDGMENT FOR VOLUNTARY**<br>**REMAND PURSUANT TO**<br>**SENTENCE FOUR OF 42 U.S.C. §**<br>**405(g)** |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

**IT IS SO ORDERED.**

Dated:  January 26, 2026

_____
HONORABLE STEPHANIE S. CHRISTENSEN
U.S. MAGISTRATE JUDGE

-1-